

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CYNTHIA PHELPS,<br><br>    Defendant. | 2:13-CR-083-JCM-(CWH) |

**ORDER OF FORFEITURE**

This Court finds that on April 21, 2014, defendant CYNTHIA PHELPS pled guilty to Counts One through Eight of an Eight-Count Criminal Indictment charging her in Count One with Conspiracy to Commit Bank Fraud, Mail Fraud, and Wire Fraud in violation of title 18, United States Code, Sections 1341, 1343, 1344, and 1349 and in Counts Two through Eight with Bank Fraud, in violation of Title 18, United States Code, Section 1344.  Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. __; Change of Plea, ECF No. __.

This Court finds defendant CYNTHIA PHELPS agreed to the forfeiture of the in personam criminal forfeiture money judgment of $6,167,324.00 set forth in the Plea Agreement and the Forfeiture Allegations in the Criminal Indictment.  Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. __; Change of Plea, ECF No. __.

This Court finds that CYNTHIA PHELPS shall pay a criminal forfeiture money judgment of $6,167,324.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P.

. . .

1 | 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States
2 | Code, Section 2461(c) and Title 21, United States Code, Section 853(p).
3 |     THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United
4 | States recover from CYNTHIA PHELPS a criminal forfeiture money judgment in the amount of
5 | $6,167,324.00 in United States Currency.
6 |     DATED this 21st day of April, 2014.

_____
UNITED STATES DISTRICT JUDGE