

____✓____FILED            _____RECEIVED
_____ENTERED           _____SERVED ON
                          COUNSEL/PARTIES OF RECORD

DEC - 2 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:13-CR-083-JCM-(CWH) |
| CYNTHIA PHELPS, | ) | |
| Defendant. | ) | |

## ORDER OF FORFEITURE

This Court found on April 21, 2014, that CYNTHIA PHELPS shall pay the criminal forfeiture money judgment of $6,167,324.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 92; Plea Agreement, ECF No. 93; Order of Forfeiture, ECF No. 96.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from CYNTHIA PHELPS the criminal forfeiture money judgment in the amount of $6,167,324.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18,

. . .

. . .

. . .

. . .

. . .

1  United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title

2  21, United States Code, Section 853(p).

3        DATED this _____ day of December, 2014.

4

5

6  _____

7  UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2